# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROBINETTE AMAKER,

          Plaintiff,

  v.

KING COUNTY, STANLEY MEDICAL RESEARCH INSTITUTE, and E. FULLER TORREY

          Defendants,

JUDGMENT IN A CIVIL CASE

CASE NO. C05-1470MJP

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: The Court grants summary judgment in favor of Defendants and against Plaintiff on all claims. Plaintiff's action is therefore dismissed.

Dated:     **March 2nd, 2007.**

                                              BRUCE RIFKIN, Clerk of Court

                                              /s Mary Duett
                                              Deputy Clerk